UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY HOUSING CORPORATION,**

   Plaintiff,

v.                                                 **No. 4:24-cv-00096-P**

**RODWELL ET AL.,**

   Defendants.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 99), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **17th day of September 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE